**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC.**, a California corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>**GREGORY W. EVANS**, an individual,<br><br>*Defendant*. | Case No.  1:22-cv-1648 |

## COMPLAINT

Plaintiff, Paramount Residential Mortgage Group, Inc., through its counsel, files its Complaint against Defendant Gregory W. Evans, stating as follows:

### JURISDICTION, VENUE, AND THE PARTIES

1. Plaintiff, Paramount Residential Mortgage Group, Inc. ("PRMG" or "Employer"), is a California corporation, domiciled in California, with its principal place of business located in the City of Corona, Riverside County, California.

2. Defendant, Gregory W. Evans ("Defendant" or "Evans"), is an individual who currently resides in and is citizen of Carmel, Indiana, which is located in Hamilton County, Indiana.

3. This Court has subject matter jurisdiction because the parties are citizens of different states and because the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

4.     Venue is proper in the United States District Court for the Southern District of Indiana pursuant to 28 U.S.C. § 1441 because a substantial part of the events or omissions giving rise to the below claims, including the actions and omissions of the Defendant, arose in this district.

## GENERAL ALLEGATIONS

5.     PRMG is a national enterprise in the business of selling residential mortgage loan products and services to mortgage customers, including mortgage financing and refinancing services.

6.     PRMG has a number of offices throughout the nation and in Indiana, including in Carmel.

7.     On June 21, 2021, PRMG hired Evans as the Eastern Division Sales Manager.

8.     PRMG and Evans entered into an Eastern Division Sales Manager Sign-On Retention Bonus Agreement (the "Retention Agreement"), effective as of June 21, 2021.  A copy of the Retention Agreement is attached as **Exhibit 1**.

9.     Evans executed the Retention Agreement on June 27, 2021.  See **Exhibit 2**.

10.    The Retention Agreement provided that Evans could earn a sign-on retention bonus of $150,000 (the "Retention Bonus") if he remained actively employed with PRMG for two contiguous years, or until June 21, 2023 (the "Retention Period").  **Exhibit 1** at ¶ 2.

11.    The Retention Agreement allows the Retention Bonus to be advanced to Evans, but expressly states that the Retention Bonus is "not earned and payable until" the completion of the Retention Period.  **Exhibit 1** at ¶ 4.

12.    PRMG advanced the Retention Bonus to Evans on July 9, 2021.

13. Evans agreed in Section 5 of the Retention Agreement that he must immediately reimburse PRMG in full for any advance paid against the Retention Bonus if he resigned before completion of the Retention Period.  **Exhibit 1** at ¶ 5.

14. Evans resigned effective July 3, 2022.

15. Evans did not stay employed with the PRMG throughout the Retention Period.

16. Evans has failed, refused, and/or neglected to return the Retention Bonus.

17. In Section 8 of the Retention Agreement, Evans agreed to pay the costs and expenses, including attorneys' fees and expenses, incurred by PRMG if PRMG is the prevailing party in a lawsuit to enforce the Retention Agreement. **Exhibit 1** at ¶ 8.

18. The Retention Agreement provides that it "shall be governed by and construed in accordance with the laws of the State of Indiana." **Exhibit 1** at ¶ 10.

## COUNT I

### BREACH OF RETENTION AGREEMENT

19. PRMG incorporates the preceding allegations as if fully restated below.

20. The Retention Agreement is a valid and enforceable agreement between PRMG and Evans.

21. PRMG performed its obligation under the Retention Agreement by advancing the Retention Bonus to Evans.

22. Evans received the Retention Bonus.

23. Evans did not earn the Retention Bonus because he resigned from PRMG before June 21, 2023.

24. Evans breached the Retention Agreement by failing, refusing, and/or neglecting to return the Retention Bonus to PRMG.

25. PRMG has been damaged by Evans' breach of the Retention Agreement in the amount of $150,000, plus applicable interest, costs, expenses and attorneys' fees.

26. Pursuant to the Retention Agreement, Evans is liable for all costs, expenses and attorneys' fees PRMG incurs in enforcing the Retention Agreement. **Exhibit 1** at ¶ 8.

**WHEREFORE,** Plaintiff Paramount Residential Mortgage Group, Inc. requests that this Honorable Court enter a judgment in its favor and against Defendant Gregory Evans in the amount of $150,000, plus applicable interest and the costs, expenses and attorneys' fees PRMG incurs in enforcing the Retention Agreement, and grant any other relief this Court deems appropriate.

Respectfully submitted,

*/s/ James E. Zoccola*
James E. Zoccola (15885-29)
**LEWIS KAPPES**
*Attorneys for Plaintiff*
One American Square, Suite 2500
Indianapolis IN 46282
(317) 639-1210
jzoccola@lewis-kappes.com

Dated: August 19, 2022